UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SKEETER TIMOTHY MANOS,

Defendant.

CASE NO. CR12-5091RJB

ORDER DENYING DEFENDANT'S
MOTION FOR JUDICIAL
RECOMMENDATION OF
CONCURRENT SENTENCE

This matter comes before the court on the above-referenced motion (Dkt. 33).  This court should deny the motion for the following reasons:

1.  The court has no information about superior court matters pending against Mr. Manos, except the information contained in defendant's motion.  That information is insufficient to justify the court's making the recommendation requested; and

2.  It appears premature when there is no state sentence yet imposed to make the recommendation requested.

Therefore, the motion should be DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 11th day of March, 2013.

ROBERT J. BRYAN
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR JUDICIAL RECOMMENDATION OF
CONCURRENT SENTENCE- 1