UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SKEETER TIMOTHY MANOS, <br><br> Defendant. | CASE NO. CR12-5091RJB <br><br> ORDER DENYING DEFENDANT'S RENEWED MOTION FOR JUDICIAL RECOMMENDATIO OF CONCURRENT SENTENCE |

    This matter comes before the court on the above-referenced motion (Dkt. 36). The court is familiar with the records and files herein and documents filed in support of and in opposition to the motion. For the following reasons, the motion should be denied.

    Regardless of the questionable legal authority to modify the court's judgment as set forth in the United States' Response to Defendant's Renewed Motion (Dkt. 37), it appears to the court that, on its merits, the motion should be denied.

    This court sentenced Mr. Manos to what the court believes is an appropriate sentence. He was then charged with separate state crimes and, in separate state proceedings, he was sentenced by a state judge. That judge declined to make his state sentence concurrent with the

federal sentence. For the federal court to now provide that the defendant's state sentence should be served concurrently with the federal sentence would be to, in effect, reverse the state judge's decision. That is not called for and would be a bad practice. The state judge's decision should be given "full faith and credit" in this court.

Furthermore, the federal and state prosecutions, though on the same subject matter, were for different crimes, and the sentences should not be served concurrently, unless the judge imposing the second sentence felt that the his sentence should run concurrent with the first sentence imposed.

The information provided by the government regarding restitution is not something that the court should now consider in determining the issue at hand.

Defendant's Renewed Motion for Judicial Recommendation of Concurrent Sentence should be, and hereby is, DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 17th day of June, 2013.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge